

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2024

No. 04-22-00600-CR

**EX PARTE** Rafael Alfaro **LEIJA**

From the County Court, Kinney County, Texas
Trial Court No. 10469CR
Honorable Tully Shahan, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we **DISMISS** Rafael Alfaro Leija's appeal of the denial of his application for pretrial writ of habeas corpus for want of jurisdiction. We further consider Leija's appeal as a petition for writ of mandamus and, after considering the parties' briefing and the record, conclude Leija is not entitled to the relief sought. Accordingly, we **DENY** Leija's request for mandamus relief. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 14, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2024.

_____
Tommy Stolhandske, Clerk of Court